JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/30/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER CABRERA, an individual, on behalf of himself, and all others similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC.., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 16-cv-02393(MWF)(JPRx)<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | The Court, having read and considered the stipulation of the parties in the |
| 2 | above-entitled action for dismissal of this action and all of the claims of plaintiff |
| 3 | Alexander Cabrera in their entirety with prejudice, and good cause appearing |
| 4 | therefor, hereby orders that this action and all claims of plaintiff Alexander Cabrera |
| 5 | which are asserted therein shall be dismissed in their entirety with prejudice, and |
| 6 | that each of the parties shall bear his/its own costs, litigation expenses and |
| 7 | attorneys' fees in connection this action. |

DATED: August 30, 2017

_____
HON. MICHAEL W. FITZGERALD
United States District Judge